ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ARON C. MOVROYDIS Esq., CBN 282581<br>A\|M Law<br>15615 Alton Parkway<br>Irvine, CA 92618<br>Phone No.: (949) 633-2459<br>Fax No.: (949) 209-5636<br><br>○ *Individual appearing without attorney*<br>● *Attorney for:* Don's Bail Bonds | FILED MAR 6 - 2014 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk<br><br>ENTERED MAR 07 2014 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br>PEARSON, CHARLES J. | CASE NO.: 8:14-bk-11076-ES<br>CHAPTER: 7 |
|---|---|
| LODGED MAR 06 2014 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk | **ORDER:**<br>● **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>○ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
| Debtor(s). | |

**Movant** *(name)*: Don's Bail Bonds

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion:* RELIEF FROM THE AUTOMATIC STAY

    b. *Date of filing of motion:* 3/5/2014

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application:* 3/6/2014

3. Based upon the court's review of the Application, it is ordered that:

    a. ○ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ● The Application is granted, and it is further ordered:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013 — Page 1 — F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

> Hearing date: ~~3/11/14~~ 3/18/14    Place:
> Time: 9:30 a.m.
> Courtroom: ~~5B~~ 5A
>
> ○ 255 East Temple Street, Los Angeles, CA 90012
> ○ 21041 Burbank Boulevard, Woodland Hills, CA 91367
> ○ 3420 Twelfth Street, Riverside, CA 92501
> ● 411 West Fourth Street, Santa Ana, CA 92701
> ○ 1415 State Street, Santa Barbara, CA 93101

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

> (A) *Deadlines:*
> Date: 3/7/14
> Time: 5:00 pm
>
> (B) *Persons/entities to be provided with telephonic notice:*
> Debtor's Counsel
> Chapter 7 trustee
>
> ☐ See attached page
>
> (C) *Telephonic notice is also required upon* the United States trustee

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

(A) ☒ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☒ Facsimile*    ☒ Email*

> (B) *Deadlines:*
> Date: 3/7/14
> Time:
>
> (C) *Persons/entities to be served with written notice and a copy of this order:*
> Debtor, Debtor's counsel, chapter 7 trustee, and all other parties served with the Application for Order Shortening Time.
>
> ☐ See attached page
>
> (D) *Service is also required upon*:
> -- United States trustee *(electronic service is not permitted)*
> -- Judge's copy personally delivered to chambers
>    *(see Court Manual for address)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 2    F 9075-1.1.ORDER.SHORT.NOTICE

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (D) *Service is also required upon:* |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: 3/12/14 | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: 3:00 pm | |
| | (D) *Service is also required upon:* |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                Page 3                F 9075-1.1.ORDER.SHORT.NOTICE

(B) <u>Deadlines:</u>
Date: **3/14/14**
Time: **3:00 pm**

(C) <u>*Persons/entities to be served with written reply to opposition:*</u>
-- All persons/entities who filed a written opposition

(D) <u>*Service is also required upon*</u>:
-- United States trustee *(electronic service is not permitted)*
-- Judge's Copy personally delivered to chambers
(see *Court Manual* for address)

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☒ at least 2 days before the hearing.
☐ no later than:    Date:    Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

Date: **3/6/14**

_____
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 4    F 9075-1.1.ORDER.SHORT.NOTICE