IN RE **Pearson, Charles Joseph**  
Debtor(s)

Case No. **8:14-bk-11076**  
(If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase liquid rechargeable charge card** | | **5.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Misc. household goods and furnishings** | | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | | **500.00** |
| 7. Furs and jewelry. | | **Jewelry** | | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

Case 8:14-bk-11076-ES    Doc 23    Filed 04/16/14    Entered 04/16/14 11:29:43    Desc
Main Document    Page 2 of 7

IN RE **Pearson, Charles Joseph**
Debtor(s)

Case No. **8:14-bk-11076**
(If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Money held by Cal-Western Reconveyance for debtor after foreclosure sale of property located at: 5226 Don Pio Dr., Woodland Hills, CA 91364.**<br><br>**Interpleader filed by Cal-Western Reconveyance. Attorney for plaintiff:**<br>**Jennifer McGready**<br>**Wright, Finlay & Zak, LLP**<br>**4665 MacArthur Ct Ste 200**<br>**Newport Beach, CA 92660**<br>**Tel. 949-477-5050**<br>**Fax. 949.608.9142**<br>**E-Mail: jmcgready@wrightlegal.net** | | **251,000.00** |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Money held by Cal-Western Reconveyance for debtor after foreclosure sale of property located at: 5172 Calatrana, Woodland Hills, CA 91364.** | | **100,000.00** |
| | | **Money held by Recon Trust Corporation for debtor after foreclosure sale of property located at: 91 Linda Isle, Newport Beach, CA 92660.** | | **550,000.00** |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential lawsuit against Don Sterling for violations during sale of home.**<br><br>**Address & other contact information available upon request.** | | **1,000,000.00** |
| | | **Potential lawsuit against James & Marion Jordan for false claims that lead to financial collapse.**<br><br>**James & Marion Jordan**<br>**84 Linda Isle**<br>**Newport Beach, CA 92660** | | **1,000,000.00** |
| | | **Potential lawsuit against Jonathan P. Chodos for legal malpractice.**<br><br>**Jonathan P. Chodos**<br>**1559 S. Sepulveda Blvd.**<br>**Los Angeles, CA 90025** | | **1,000,000.00** |
| | | **Potential lawsuit against Keystone Pacific Manangement**<br><br>**Keystone Pacific Management**<br>**16845 Von Karman Avenue, Suite 200** | | **1,000,000.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

Case 8:14-bk-11076-ES    Doc 23    Filed 04/16/14    Entered 04/16/14 11:29:43    Desc
Main Document    Page 3 of 7

IN RE **Pearson, Charles Joseph**
Debtor(s)

Case No. **8:14-bk-11076**
(If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Irvine, CA 92606 | | |
| | | Potential lawsuit against Lee Ann Canaday & Canaday Group, Inc. dba Re/Max Fine Homes for filing a frivolous lawsuit. | | 1,000,000.00 |
| | | Potential lawsuit against Linda Isle Community Association | | 1,000,000.00 |
| | | Linda Isle Community Association<br>16845 Von Karman Ste. 200<br>Irvine, CA 92606 | | |
| | | Potential lawsuit against Mr & Mrs. Moore for filing fraudulent police report. | | 1,000,000.00 |
| | | Mr. & Mrs. Moore<br>88 Linda Isle<br>Newport Beach, CA 92660 | | |
| | | Potential lawsuit against Randall Stamen for filing a frivolous lawsuit. | | 1,000,000.00 |
| | | Randall S. Stamen<br>P O Box 946<br>4046 Chestnut St<br>Riverside, CA 92501 | | |
| | | Potential lawsuit against Richard Peacemaker for torts. | | 1,000,000.00 |
| | | Richard Peacemaker<br>PO Box 845<br>Oregon House, CA 95962 | | |
| | | Potential lawsuit against Robert P. Malcom for false claims that lead to financial collapse. | | 1,000,000.00 |
| | | Robert P. Malcom<br>34595 Camino Capistrano<br>Dana Point, CA 92624 | | |
| | | Potential lawsuit against Ronald Cozad for filing frivolous lawsuits. | | 1,000,000.00 |
| | | Ronald J Cozad<br>2100 Palomar Airport Rd., Ste 214<br>Carlsbad, CA 92011 | | |
| | | Potential lawsuit against William & Margo O'Connor for false claims that lead to further financial collapse. | | 1,000,000.00 |
| | | William & Margo O'Connor<br>90 Linda Isle<br>Newport Beach, CA 92660<br>**AMENDED** | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Pearson, Charles Joseph** / Debtor(s)    Case No. **8:14-bk-11076** (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Jeep Wrangler ($600/month to Wells Fargo - retain)** | | 7,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 12,910,055.00 |

**0** continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Pearson, Charles Joseph** _____
Debtor(s)

Case No. **8:14-bk-11076**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7204**<br>**Canaday Group, Inc Dba Remax Fine Homes**<br>**C/O Harbin & Mccarron**<br>**1801 Park Court Pl Bldg G**<br>**Santa Ana, CA 92701-5002** | | | **2013**<br>**Real estate commission fees** | | | | **214,740.00** |
| ACCOUNT NO. **n/a**<br>**Christopher W. Cox**<br>**34945 Pch Ste. 644**<br>**Dana Point, CA 92629** | | | **2007**<br>**Personal Loan** | | | | **400,000.00** |
| ACCOUNT NO.<br>**Christopher W. Cox**<br>**PO Box 6740**<br>**Woodland Hills, CA 91365-6740** | | | **Assignee or other notification for:**<br>**Christopher W. Cox** | | | | |
| ACCOUNT NO. **1950**<br>**Don's Bail Bonds**<br>**1076 W Santa Ana Blvd**<br>**Santa Ana, CA 92703-3900** | | | **2012**<br>**Bail bond debt** | | | | **220,511.00** |

**2** continuation sheets attached

Subtotal (Total of this page) $ **835,251.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pearson, Charles Joseph**
              Debtor(s)

Case No. **8:14-bk-11076**
                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0458**<br>**Law Offices Of Jonathan P Chodos**<br>**1559 S Sepulveda Blvd**<br>**Los Angeles, CA  90025-3311** | | | **2013**<br>**Judgment for plaintiff for attorney fees.** | | | | **882,097.00** |
| ACCOUNT NO.<br>**Law Offices Of Randall S Stamen**<br>**PO Box 946**<br>**Riverside, CA  92502-0946** | | | **Assignee or other notification for:**<br>**Law Offices Of Jonathan P Chodos** | | | | |
| ACCOUNT NO.<br>**Law Offices Of Randall S Stamen**<br>**4046 Chestnut St.**<br>**Riverside, CA  92502-0946** | | | **Assignee or other notification for:**<br>**Law Offices Of Jonathan P Chodos** | | | | |
| ACCOUNT NO.<br>**Aron C Movroydis, Esq**<br>**15615 Alton Pkwy**<br>**Irvine, CA  92618-3341** | | | **Assignee or other notification for:**<br>**Law Offices Of Jonathan P Chodos** | | | | |
| ACCOUNT NO.<br>**Shalom Rubanowitz, Esq.**<br>**8222 Melrose Ave Ste 302**<br>**Los Angeles, CA  90046-6839** | | | **Assignee or other notification for:**<br>**Law Offices Of Jonathan P Chodos** | | | | |
| ACCOUNT NO.<br>**Rosborough, Pmerance, Nye & Adreani, LLP**<br>**5820 Canoga Ave Ste 250**<br>**Woodland Hills, CA  91367-6549** | | | **Assignee or other notification for:**<br>**Law Offices Of Jonathan P Chodos** | | | | |
| ACCOUNT NO. **n/a**<br>**Lilly Pearson**<br>**PO Box 15**<br>**Agoura Hills, CA  91376-0015** | | | **2011**<br>**Personal loan** | | | | **200,000.00** |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,082,097.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pearson, Charles Joseph** _____ Case No. **8:14-bk-11076**
                                    Debtor(s)                                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **unk** <br> **Linda Isle Community Association** <br> **Cary Treff** <br> **16845 Von Karman Ave Ste 200** <br> **Irvine, CA  92606-4960** | | | **2010** <br> **Possible debt** | | | | **unknown** |
| ACCOUNT NO. **n/a** <br> **Martha Najera** <br> **32552 Alipaz St Apt 9A** <br> **San Juan Capistrano, CA  92675-4137** | | | **2010-2011** <br> **Personal Loan** | | | | **150,000.00** |
| ACCOUNT NO. **n/a** <br> **Michael P Rubin & Associates** <br> **18321 Ventura Blvd Ste 815** <br> **Tarzana, CA  91356-4251** | | | **2013** <br> **Possible attorney fees** | X | X | | **unknown** |
| ACCOUNT NO. **unk** <br> **Richard Peacemaker** <br> **PO Box 845** <br> **Oregon House, CA  95962-0845** | | | **2008** <br> **Personal loan** | | | X | **100,000.00** |
| ACCOUNT NO. **0285** <br> **The Law Offices Of Randall S Stamen** <br> **C/O The Roger Malcolm Trust** <br> **PO Box 946** <br> **Riverside, CA  92502-0946** | | | **2011** <br> **Judgment for plaintiff for tort claim** | | | | **100,000.00** |
| ACCOUNT NO. **n/a** <br> **William & Margo O'Connor** <br> **90 Linda Isle** <br> **Newport Beach, CA  92660-7209** | | | **Small claims lawsuit** | | | X | **32,000.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**2**__ of __**2**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **382,000.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **2,299,348.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only