United States Bankruptcy Court
Central District of California

In re:
Charles Joseph Pearson
    Debtor

Case No. 14-11076-ES
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2      Date Rcvd: Jun 30, 2014
                      Form ID: b18      Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2014.
```
db              Charles Joseph Pearson,    14 Monarch Bay Plz # 185,    Dana Point, CA  92629-3424
aty            +Aron C. Movroydis,    15615 Alton Pkwy,    Irvine, CA 92618-3341
cr             +Jonathan Paul Chodos,    Law Offices of Jonathan P. Chodos,    1559 So. Sepulveda Blvd.,
                 Los Angeles, CA 90025-3311
34910078        Aron C Movroydis, Esq,    15615 Alton Pkwy,    Irvine, CA 92618-3341
34910079        Cal Western Reconveyance,    PO Box 22004,    El Cajon, CA 92022-9004
34910080        Canaday Group, Inc Dba Remax Fine Homes,    C/O Harbin & Mccarron,    1801 Park Court Pl Bldg G,
                 Santa Ana, CA 92701-5002
34910082        Christopher W. Cox,    34945 Pch Ste. 644,    Dana Point, CA 92629
34910081        Christopher W. Cox,    PO Box 6740,    Woodland Hills, CA 91365-6740
35387563        Deutche Bank National Trust,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
34910083       +Don's Bail Bonds,    1076 W Santa Ana Blvd,    Santa Ana, CA 92703-5209
34910084        Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
34910085       +Experian,    NCAC,    PO Box 9556,    Allen, TX 75013
34910086        Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
34910089        Jennifer McCready,    C/O Cal Western Reconveyance,    4665 Macarthur Ct Ste 200,
                 Newport Beach, CA 92660-1856
34910090        Law Offices Of Jonathan P Chodos,    1559 S Sepulveda Blvd,    Los Angeles, CA 90025-3311
34910091        Law Offices Of Randall S Stamen,    PO Box 946,    Riverside, CA 92502-0946
34910092       +Law Offices Of Randall S Stamen,    4046 Chestnut St.,    Riverside, CA 92501-3537
34910093        Lilly Pearson,    PO Box 15,    Agoura Hills, CA 91376-0015
34910094        Linda Isle Community Association,    Cary Treff,    16845 Von Karman Ave Ste 200,
                 Irvine, CA 92606-4960
35113259        Martha Najera,    32552 Alipaz St Apt 9A,    San Juan Capistrano  CA  92675-4137
34910095        Martha Najera,    26802 Calle Alcala,    Mission Viejo, CA 92691-2619
34910096       #Michael P Rubin & Associates,    18321 Ventura Blvd Ste 815,    Tarzana, CA 91356-4251
34910097        Nationwide Legal, LLC,    12-234648,    1609 James M Wood Blvd 2nd Fl,    Los Angeles, CA 90015-1005
34910099        Rosborough, Pmerance, Nye & Adreani, LLP,    5820 Canoga Ave Ste 250,
                 Woodland Hills, CA 91367-6549
34910100        Shalom Rubanowitz, Esq.,    8222 Melrose Ave Ste 302,    Los Angeles, CA 90046-6839
34910101        The Law Offices Of Randall S Stamen,    C/O The Roger Malcolm Trust,    PO Box 946,
                 Riverside, CA 92502-0946
34910102       +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
                 Chicago, IL 60661-3631
34910103        Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022-0000
35113260        William and Margo O'Connor,    90 Linda Isle,    Newport Beach  CA  92660-7209
34910105        Wright, Finlay & Zak,    4665 Macarthur Ct Ste 200,    Newport Beach, CA 92660-1856
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QRAMARSHACK.COM Jul 01 2014 02:53:00      Richard A Marshack (TR),    Marshack Hays LLP,
                 870 Roosevelt,    Irvine, CA 92620-3663
smg             EDI: EDD.COM Jul 01 2014 02:53:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jul 01 2014 02:53:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
34953883        EDI: CALTAX.COM Jul 01 2014 02:53:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
                 PO BOX 2952,    SACRAMENTO CA 95812-2952
34910087        EDI: CALTAX.COM Jul 01 2014 02:53:00      Franchise Tax Board,    Personal Bankruptcy MS A340,
                 PO Box 2952,    Sacramento, CA 95812-2952
34910088        EDI: IRS.COM Jul 01 2014 02:53:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
34910104       +EDI: WFFC.COM Jul 01 2014 02:53:00      Wells Fargo Dealer Services,    Po Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Cal-Western Reconveyance, LLC, Solely as Custodian
cr              Donald E. Mehr
cr              Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser
34910098        ##Richard Peacemaker,    PO Box 845,    Oregon House, CA  95962-0845
                                                                                   TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0973-8          User: admin              Page 2 of 2              Date Rcvd: Jun 30, 2014
                              Form ID: b18             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2014                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2014 at the address(es) listed below:
              Jonathan Paul Chodos    on behalf of Creditor Jonathan Paul Chodos jpchodos@roadrunner.com
              Nichole  Glowin    on behalf of Creditor   Cal-Western Reconveyance, LLC, Solely as Custodian of
               Surplus Funds by Virtue of Asset Purchase Agreement with Cal-Western Reconveyance Corporation
               Consummated 5/31/13, its successors and/or assigns nglowin@wrightlegal.net,
               bkgroup@wrightlegal.net
              Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
              Toriana S Holmes    on behalf of Creditor   Wells Fargo Bank, N.A., dba Wells Fargo Dealer
               Services and Wells Fargo Auto Finance tsh@severson.com
              Tyson  Takeuchi    on behalf of Debtor Charles Joseph Pearson tyson@tysonfirm.com,
               albert@tysonfirm.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

B18 (Official Form 18)(12/11)

**United States Bankruptcy Court**
**Central District Of California**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Charles Joseph Pearson

**BANKRUPTCY NO.** 8:14-bk-11076-ES

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-3595
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 6/30/14

**Address:**
14 Monarch Bay Plz # 185
Dana Point, CA 92629-3424

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: June 30, 2014

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.*

(Form b18-DIS Rev. 12/2011) VAN-30                                              37 / AGG

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.